# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jasmine Cranford <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:16-cv-366 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Plaintiff and against Defendant, reversing the decision that Plaintiff was not disabled and ,therefore, not entitled to benefits under the Act as unsupported by substantial evidence, remanding the captioned cause pursuant to the fourth sentence of 42 U.S.C. § 405(g) for an immediate award of benefits.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Report and Recommendations.

Date:  8/22/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk